FILED

FEB 26 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **KEVIN MARILLEY; SALVATORE PAPETTI; SAVIOR PAPETTI, on behalf of themselves and similarly situated**,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>**CHARLTON H. BONHAM, in his official capacity as Director of the California Department of Fish and Game**,<br><br>Defendant - Appellant. | No. 13-17358<br><br>D.C. No. 4:11-cv-02418-DMR<br><br>**ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.